UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEBRON FLOYD,                )
                             )
Plaintiff,                   )
        v.                   )    13-CV-3369
                             )
DOCTOR KAYIRA, et al.        )
                             )
Defendants.                  )

ORDER

Before the Court is Plaintiff's motion for the appointment of counsel. The question is "given the difficulty of the case, does the plaintiff appear competent to litigate it himself?" Pruitt v. Mote, 503 F.3d 647, 654-55 (7th Cir. 2007).

Although Plaintiff's claims involve his alleged lack of medical care at Graham Correctional Center, the case is not necessarily complex. Plaintiff has personal knowledge of the relevant events, which he has already competently set forth in his pleadings, and he should be able to obtain his medical records through straightforward discovery requests.

Plaintiff is also a high school graduate and has significant experience litigating in federal court. In fact, a search of computerized records shows that this is Plaintiff's tenth federal case (though Plaintiff stated on his Complaint that he had filed only three prior lawsuits). (PACER Case Locator website; Complaint, p. 3.)

**IT IS THEREFORE ORDERED**:

1) Plaintiff's motion for counsel is denied (30).

2) Plaintiff's motion for default is denied (41). Defendants Michael and Griffin have appeared through counsel.

3) The "unknown nurse" is dismissed, without prejudice. The deadline for identifying the "unknown nurse" was August 23, 2014, and Plaintiff has not done so. (6/23/14 Scheduling Order, paragraph 9).

4) Plaintiff's motion for an MRI and outside consultation is denied (43). This case involves only Plaintiff's treatment at Graham Correctional Center. If Plaintiff seeks relief from prison officials at Lawrence Correctional Center, the proper venue is the Southern District of Illinois.

5) Dr. Kayira's motion to extend his expert disclosure deadline by 30 days is granted (46).


ENTERED: 9/25/14

FOR THE COURT:

                                  **s/Colin Stirling Bruce**
                                  COLIN STIRLING BRUCE
                              UNITED STATES DISTRICT JUDGE